IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

FILED

SEP 12 2025

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | I N F O R M A T I O N |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 1:25 CR 454 |
| | ) | Title 18, United States Code, Section 641 |
| RECO L. CLINKSCALES JR., | ) | |
| Defendant. | ) | |

JUDGE OLIVER

<u>COUNTS 1-2</u>

(Theft of Government Funds, 18 U.S.C. § 641)

The United States Attorney charges:

1. On or about each of the dates set forth below, in the Northern District of Ohio, Eastern Division, and elsewhere, Defendant RECO L. CLINKSCALES JR., in a continuing course of conduct, knowingly and willfully embezzled, stole, purloined, and converted to his own use money of the United States or any department or agency thereof to wit: Paycheck Protection Program (PPP) benefits, and Pandemic Unemployment Assistance (PUA) benefits obtained by fraud from the Small Business Administration, each taking constituting a separate count of this Information:

| **Approximate Date(s)** | **Description of Taking** |
|---|---|
| April 14, 2021 through April 17, 2021 | ACH transfers of approximately $41,666 in PPP loan benefits |
| July 16, 2020 through January 1, 2021 | ACH transfers totaling approximately $27,395 in PUA loan benefits |

1:25CR    454

all in violation of Title 18, United States Code, Sections 641.

                                        DAVID M. TOEPFER
                                        United States Attorney

By:   _____
        VASILE C. KATSAROS
        Chief, General Crimes Unit