UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:25 CR 454 |
| | ) | |
| Plaintiff | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| v. | ) | ORDER ACCEPTING PLEA |
| | ) | AGREEMENT, JUDGMENT AND |
| RECO L. CLINKSCALES, JR., | ) | REFERRAL TO U.S. PROBATION |
| | ) | OFFICE |
| Defendant | ) | |

This case is before the Court on a Report and Recommendation filed by United States Magistrate Judge Jonathan D. Greenberg, regarding the change of plea hearing of Reco L. Clinkscales, Jr., which was referred to the Magistrate Judge with the consent of the parties.

On September 12, 2025, the government filed a 1 count Information against Mr. Clinkscales, charging him with Theft of Government Funds, in violation of Title 18 U.S.C. § 641. Defendant was arraigned on October 16, 2025 before Magistrate Judge Greenberg, and entered a plea of guilty to count 1of the Information, with a written plea agreement. Magistrate Judge Greenberg issued a Report and Recommendation ("R&R"), concerning whether the plea should be accepted and a finding of guilty entered.

Neither party submitted objections to the Magistrate Judge's R&R in the fourteen days after it was issued.

On de novo review of the record, the Magistrate Judge's R&R is adopted. Defendant Reco L. Clinkscales, Jr. is found to be competent to enter a plea and to understand his constitutional rights. He is aware of the charges and of the consequences of entering a plea. There is an adequate factual

basis for the plea. The court finds the plea was entered knowingly, intelligently, and voluntarily. The plea agreement is approved.

Therefore, Defendant Reco L. Clinkscales, Jr. is adjudged guilty to count 1of the Information, in violation of Title 18 U.S.C. § 641. This matter was referred to the U. S. Probation Department for the completion of a pre-sentence investigation and report. Sentencing will be held on January 27, 2025, at 2:00 p.m. in Courtroom 19A, Carl B. Stokes United States Court House, 801 West Superior Avenue, Cleveland, Ohio.

IT IS SO ORDERED.

/s/*SOLOMON OLIVER, JR.*
UNITED STATES DISTRICT JUDGE

November 12, 2025